

April 17, 2017

**<u>Via CM/ECF</u>**

The Honorable Lyle W. Cayce
U.S. Court of Appeals, Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:      **Respondents' Motion to Hold Proceedings in Abeyance While the Agency Undertakes Reconsideration – Case No. 15-60821,** *Southwestern Electric Power Company, et al. v. EPA, et al.*

Dear Mr. Cayce:

I am writing to inform you that, pursuant to Federal Rule of Appellate Procedure 27(a)(3)(A), Petitioners and Respondent-Intervenors Sierra Club, Environmental Integrity Project, and Waterkeeper Alliance, Inc., and Respondent-Intervenor Clean Water Action, intend to file a joint response in opposition to the above-referenced motion by Respondents. It is our understanding that the Court may consider Respondents' motion in short order; accordingly, we intend to file the response on or before Wednesday, April 19, 2017.

If you have any questions, please contact me at (312) 257-9338. Thank you for your attention to this matter.

                                    Sincerely,

                                      Thomas Cmar

cc: Counsel of record (via the Court's CM/ECF system)

1101 LAKE STREET, SUITE 405B    OAK PARK, IL 60301

T: 312.257.9338   F: 212.918.1556   TCMAR@EARTHJUSTICE.ORG   WWW.EARTHJUSTICE.ORG